

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2018

No. 04-18-00240-CV

**IN THE INTEREST OF R.L.L. III** and A.L.L., Children,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02373
Honorable Peter Sakai, Judge Presiding[1]

## ORDER

On November 21, 2018, the court's opinion and judgment in this matter issued. On December 6, 2018, appellant filed a motion for en banc reconsideration. After review, appellant's motion for en banc reconsideration is DENIED.

It is so **ORDERED** on December 11, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] The Honorable Angelic Jimenez is the presiding judge of the 408th Judicial District Court, Bexar County Texas. The Honorable Charles Montemayor, Associate Judge, signed the original termination order. However, the original termination order was reviewed de novo by the Honorable Peter Sakai, presiding judge of the 225th Judicial District Court, Bexar County, Texas, and he rendered the order of termination that was the subject of this appeal.